| | |
|---|---|
| 1 | JON B. DUMBECK, SBN 174949 |
|   | jon@dumbecklaw.com |
| 2 | CURTIS M. KING, SBN 187778 |
|   | curtis@dumbecklaw.com |
| 3 | DUMBECK & DUMBECK |
|   | 3355 Mission Ave., Suite 139 |
| 4 | Oceanside, CA 92058 |
|   | (760) 529-4958 |
| 5 | (760) 637-2391 facsimile |
| 6 | Attorneys for Plaintiff |
|   | ELIZABETH VYKA |
| 7 | |
| 8 | ROBERT W. CONTI, Bar No. 137307 |
|   | MELVIN L. FELTON, Bar No. 276047 |
|   | LITTLER MENDELSON, P.C. |
| 9 | 2050 Main Street |
|   | Suite 900 |
| 10 | Irvine, CA  92614 |
|    | Telephone:  949.705.3000 |
| 11 | Fax No.:     949.724.1201 |
|    | Email:        rconti@littler.com |
| 12 |                   mfelton@littler.com |
| 13 | Attorneys for Defendant |
|    | SNELSON COMPANIES, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH VYKA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SNELSON COMPANIES, INC., a corporation; CHARLES LAMBERT, an individual; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.  5:14-cv-02629 BRO (DTBx)<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Beverly Reid O'Connell<br><br>(Riverside Superior Court Case No.: MCC1401486)<br><br>Complaint Filed: October 16, 2014<br>FAC Filed:          April 15, 2015<br>Trial Date:          November 10, 2015 |

1   Having reviewed the Parties' Stipulation of Dismissal With Prejudice, IT IS
2   HEREBY ORDERED that the case *Elizabeth Vyka, v. Snelson Companies, Inc.,* Case
3   No. 5:14-cv-02629 BRO (DTBx) is dismissed with prejudice. Each party is to bear its
4   own respective fees and costs. All pending proceedings are vacated and no further
5   proceedings shall take place in this action.

    IT IS SO ORDERED.

    DATED: September 25, 2015

    _____
    HON. BEVERLY REID O'CONNELL
    United States District Judge

Firmwide:136021763.1 073231.1005